UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2004-HE9, Asset-Backed Certificates, Series 2004-HE9

In Re:
Shabnam Baig

Debtor(s).

Case No: 22-19465 VFP

Chapter: 7

Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2004-HE9, Asset-Backed Certificates, Series 2004-HE9. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 03/30/2023

/s/ *Denise Carlon*
Denise Carlon
30 Mar 2023, 09:54:31, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

new 8/1/15

Document ID: 6e898914aa0c91d421efcff3db4c485f487a68b673626679232a6b5e4ff046fc8