Certificate Number: 15317-NJ-DE-037424893

Bankruptcy Case Number: 22-19465



15317-NJ-DE-037424893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 12, 2023</u>, at <u>11:43</u> o'clock <u>AM PDT</u>, <u>Shabnam Baig</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>May 12, 2023</u>

By: <u>/s/Rowela Bagac</u>

Name: <u>Rowela Bagac</u>

Title: <u>Counselor</u>