**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shabnam Baig**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5266<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–19465–VFP | |

## Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shabnam Baig

5/19/23                                                   **By the court:**   Vincent F. Papalia
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Shabnam Baig  
    Debtor

Case No. 22-19465-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 19, 2023      Form ID: 318      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shabnam Baig, 22 East 4th Street, Bayonne, NJ 07002-4204 |
| 519780258 | + | Allstate Payments, 1501 N Plano Rd, Suite 100, Richardson, Tx 75081-2493 |
| 519780260 | + | Biny A. Baig, 22 East 4th Street, Bayonne, NJ 07002-4204 |
| 519780267 | + | Leopold & Associates, PLLC, 80 Business Park Drive - Suite 110, Armonk, NY 10504-1704 |
| 519780270 | + | ORIX REAL ESTATE CAPITAL INC., 1717 Main Street - Suite 900, Dallas, TX 75201-4687 |
| 519780273 | | RTLF-NJ-LLC, PO Box 8401, Carol Stream, IL 60197-8401 |
| 519780279 | + | TRINITY FINANCIAL SERVICES, LLC, 4521 PGA BLVD., #295, PALM BEACH GARDENS, FL 33418-3997 |
| 519780278 | + | Trinity Financial Services LLC, 1061 Bomar Ct, Mars, PA 16046-3046 |
| 519780280 | | US Bank as Cust for PFS Finl 1, LLC, 60 South 16th Street - Suite 2050, Philadelphia, PA 19102 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | May 20 2023 00:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519780259 | + | Email/PDF: bncnotices@becket-lee.com | May 19 2023 20:51:47 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519780262 | + | EDI: CRFRSTNA.COM | May 20 2023 00:27:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519780261 | + | Email/Text: bankruptcy@cavps.com | May 19 2023 20:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519780263 | | EDI: CITICORP.COM | May 20 2023 00:27:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519780264 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:51:38 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 519780265 | + | Email/Text: bankruptcydepartment@tsico.com | May 19 2023 20:39:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519780266 | ^ | MEBN | May 19 2023 20:36:41 | KML Law Group PC, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 519780268 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 20:39:00 | Midland Credit Management, Inc., 320 E Big Beaver Rd, # 300, Troy, MI 48083-1271 |
| 519780269 | + | EDI: CBS7AVE | May 20 2023 00:27:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Avenue, Monroe, WI 53566-1364 |
| 519780271 | | EDI: PRA.COM | May 20 2023 00:27:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519780272 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:41:08 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 519780274 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 19 2023 20:39:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519782417 | + | EDI: RMSC.COM | May 20 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519780276 | | EDI: TDBANKNORTH.COM | May 20 2023 00:27:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 519780277 | + | Email/Text: ar@figadvisors.com | May 19 2023 20:39:00 | TFS Cust for FIG CAP INV NJ13, LLC, PO Box 54472, New Orleans, LA 70154-4472 |
| 519780281 | + | EDI: VERIZONCOMB.COM | May 20 2023 00:27:00 | Verizon Wireless Bankruptcy Administrati, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519780275 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald V. Biase | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Ryan L. Gentile | on behalf of Debtor Shabnam Baig rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: May 19, 2023 | Form ID: 318 | Total Noticed: 28

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4